UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                        CASE NO. 13 B 12405
                                                              CHAPTER 13
Beverly A Efughu
                                                              JUDGE JACQUELINE P COX

        DEBTOR                                                **NOTICE OF FINAL CURE PAYMENT**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 11 | 7 | XXXXXX3293 | $797.98 | $797.98 | $797.98 |
| Total Amount Paid by Trustee | | | | | $797.98 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**  Through the Chapter 13 Conduit            ___  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-12405-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 7th day of December, 2017.

Debtor:
Beverly A Efughu
6300 N Sheridan Rd #811
Chicago, IL  60660-1750

Attorney:
BAUCH & MICHAELS
53 W JACKSON BLVD STE 1115
CHICAGO, IL  60604
via Clerk's ECF noticing procedures

Creditor:
OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL  33409

Creditor:
OCWEN LOAN SERVICING
PO BOX 24605
WEST PALM BEACH, FL
33416-4605

Mortgage Creditor:
OCWEN LOAN SERVICING
% POTESTIVO & ASSOCIATES
223 W JACKSON BLVD # 610
CHICAGO, IL  60606

Mortgage Creditor:
OCWEN LOAN SERVICING
% KLUEVER & PLATT
65 E WACKER PL #2300
CHICAGO, IL  60601

Mortgage Creditor:
OCWEN LOAN SERVICING
% WELLS FARGO HOME MORTGAGE
PO BOX 659558
SAN ANTONIO, TX  09558

ELECTRONIC SERVICE - United States Trustee

Date:  December 07, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603